**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ANTONIO COLBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-1114 (JDB) |
| | ) | |
| HILLARY CLINTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM OPINION

Plaintiff commenced this case against Secretary of State Hillary Clinton, alleging that her "office staff and aid[e]s are unwilling . . . to give any attention to [his] civilian rights." Compl. at 1, ECF No. 4-1. Defendant moved to dismiss this case. *See* Def.'s Mot. to Dismiss the Compl., ECF No. 3. The Court ordered Plaintiff to respond to that motion on or before October 30, 2011 and warned Plaintiff that failure to timely respond could result in the motion being granted as conceded. Order, ECF No. 5; Minute Order, Oct. 6, 2011. To date, Plaintiff has not filed any response to that motion. Therefore, in a separate order to issue this date, the Court will grant the motion to dismiss as conceded.

Date: November 22, 2011

/s/
JOHN D. BATES
United States District Judge